1

2

3          IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   SHAWN L. ROSEMAN,                          No. C 04-4849 SBA

7              Plaintiff,                      **ORDER**

8     v.

9   CIRCUIT CITY STORES, INC., SCOTT
    P. LINN and DOES 1-20, inclusive,
10

11              Defendants.
    _____/

12

13        For the reasons set forth by this Court on the record at the May 10, 2005 hearing, IT IS HEREBY

14   ORDERED THAT this case is REMANDED to the Superior Court of San Francisco County.  Accordingly,

15   Circuit City's Petition to Compel Arbitration is DENIED AS MOOT.  All matters calendared in this action are

16   VACATED.  The Clerk shall close the file and terminate any pending matters.

17        IT IS SO ORDERED.

18                                              /s/ Saundra Brown Armstrong
     Dated: 5-11-05                            SAUNDRA BROWN ARMSTRONG
19                                             United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California